IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

MYJELLIOUS MCKENZIE and
MONICA MCKENZIE                                                                    PLAINTIFFS

VERSUS                                                          CIVIL ACTION NO. 2:19cv196-KS-MTP

NATHAN COOK, individually and
as an Officer of Columbia Police Department,
ANDREW REID, individually and
as an Officer of Columbia Police Department,
DAVID RYAN WILLIAMS, individually and
as an Officer of Columbia Police Department,
STEVEN PALMER, individually and
as an Officer of Columbia Police Department and
CITY OF COLUMBIA, MISSISSIPPI                                                       DEFENDANTS

## AGREED JUDGMENT OF DISMISSAL WITH PREJUDICE

The parties have agreed to and announced to the Court a confidential settlement of ths case, and the Court, being advised that the parties have an informed understanding of their rights and a full appreciation of the consequences of the confidential settlement, is desirous that this matter be finally closed on the docket.

IT IS, THEREFORE, ORDERED AND ADJUDGED that this case is hereby DISMISSED WITH PREJUDICE as to all parties and all claims, with the parties to bear their own costs. Pursuant to the confidential agreement of the parties, the Court will retain jurisdiction over this lawsuit for the purpose of enforcing the confidential settlement agreement.

SO ORDERED AND ADJUDGED on this the 2nd day of June, A. D., 2020.

                                                            s/Keith Starrett
                                                            UNITED STATES DISTRICT JUDGE

APPROVED:

_Charles A. Mullen, By Jeff, w/perm_
Attorney for Plaintiffs

_[signature]_
Attorney for Defendants

_[signature]_
Attorney for Individual Defendants
in their Individual Defendants in
their individual capacities

Prepared by:

Lawrence E. Hahn, MB No. 8954
McNeese & Hahn, PLLC
338 Church Street, P. O. Drawer 948
Columbia, MS 39429
(601) 731-5020 (telephone)
(601) 731-5030 (facsimile)